# Court of Appeals
# of the State of Georgia

ATLANTA, June 07, 2023

*The Court of Appeals hereby passes the following order:*

**A23D0322. IN THE INTEREST OF J. L. C. et al., CHILDREN (MOTHER).**

Samantha Dill has filed a motion for reconsideration of this Court's order dismissing as untimely her application for discretionary review of the juvenile court's order terminating her parental rights. Because the discretionary application was timely, the motion for reconsideration is hereby GRANTED.

Upon consideration of the discretionary application, it is ordered that the application be hereby DENIED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 06/07/2023

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , Clerk.